UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

JORGE A TENESACA, *individually and on behalf*  :
*of others similarly situated*,                    :
                                        :

                       Plaintiff,      :       18-CV-11068 (JPC)

-v-                     :       <u>ORDER</u>

MANU INC. et al.,                     :

                     Defendants.   :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 19, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by November 2, 2020.  (Dkt. 36)  The parties failed to submit this letter to the Court.  Within one week of the filing of this Order, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 36 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 19, 2020.

      SO ORDERED.

Dated: December 15, 2020
      New York, New York                        JOHN P. CRONAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020