# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                           Telephone: (212) 317-1200
New York, New York 10165                             Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

January 7, 2021

**Via Electronic Filing**
The Honorable Judge John P. Cronan
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

        Re:    Tenesaca et al v. Manu Inc. et al
                  Index No. 18-cv-11068-~~ER~~ JPC

Dear Honorable Judge Cronan:

      We represent Plaintiffs in the above-referenced matter. We respectfully request an extension of time to complete depositions within 30 days after mediation. On January 4, 2020 Your Honor referred the case to mediation[1]. Thus, in an effort to save resources, the parties respectfully request the deadline to complete depositions be extended to 30 days after mediation. Accordingly, the parties also respectfully request the March 24, 2021 status conference be adjourned.

The parties' request is GRANTED in part and DENIED in part.

The Case Management Conference scheduled for March 24, 2021, at 11:00 a.m. is hereby adjourned *sine die*.

The parties' deadline for non-expert depositions is hereby extended to February 22, 2021.

The parties are further ORDERED to file a joint status letter within two weeks after mediation.

SO ORDERED.
Date: January 7, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully Submitted,

s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Email: Gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiffs*

---

[1] this would be the parties second mediation