UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JORGE A TENESACA, *individually and on behalf of others similarly situated*,

                                  Plaintiff,                    18 Civ. 11068 (JPC)

                                   -v-                              <u>ORDER</u>

MANU INC. et al.,

                                Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 25, 2021, the Court granted the parties' request to extend the discovery deadline to April 26, 2021. Dkt. 45.

The parties are hereby ordered to appear before the undersigned for a post-discovery status conference on June 17, 2021, at 10:00 a.m. Unless the Court orders otherwise, the Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

At that conference, the parties should be prepared to discuss the status of settlement discussions and whether any party plans to file a post-discovery motion. In the event that the parties do not plan to file any motions, the parties should be prepared to discuss a potential trial-ready date.

    SO ORDERED.

Dated: June 1, 2021
       New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge