```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JORGE A TENESACA,                                                :
                                                                 :
                              Plaintiff,                         :
                                                                 :        18 Civ. 11068 (JPC)
              -v-                                                :
                                                                 :              ORDER
MANU INC. et al.,                                                :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties in this action participated in the Court-annexed Mediation Program on November 1, 2021. The Court understands from the final report of the mediator that the parties reached an agreement on all issues. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by December 13, 2021.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                          _____
                                          JOHN P. CRONAN
                                          United States District Judge