# CSM Legal P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

The Honorable Judge John P. Cronan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

December 13, 2021

**Re: Tenesca et al v. Manu Inc. et al**  
**Case No: 18-cv-11068**

Dear Honorable Judge Cronan:

    I represent the Plaintiff in the above captioned case and I write to request an extension of time to file our settlement agreement from December 13, 2021 to January 10, 2022. A settlement in principle has been agreed to by both parties and we are currently finalizing the agreement itself. We hope to bring this case to a swift conclusion as quickly as possible.

    Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Khalil Huey  
Khalil Huey Esq.  
60 East 42nd Street, Suite 4510  
New York, New York 10165  
Attorneys for Plaintiffs

This request is granted. The parties may file a settlement agreement by January 10, 2022.

SO ORDERED.  
Date: December 14, 2021  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge