# CSM Legal P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620

The Honorable Judge John P. Cronan
United States Courthouse
500 Pearl St.
New York, NY 10007

January 10, 2022

**Re: Tenesca et al v. Manu Inc. et al**
**Case No: 18-cv-11068**

Dear Honorable Judge Cronan:

    I represent the Plaintiff in the above captioned case and I write to request an extension of time to file our settlement agreement from January 10, 2022 to January 24, 2022. Plaintiff's Counsel has dispatched its draft of the settlement agreement to the Defendants today. We hope to bring this case to a swift conclusion as quickly as possible.

    Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Khalil Huey
Khalil Huey Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
Attorneys for Plaintiffs

This request is granted. The parties may file a settlement agreement by January 24, 2022.

SO ORDERED.
Date: Janaury 14, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge